IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE TRAINING FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10-cv-05348 |
| v. | ) ) | Hon. Judge James B. Zagel |
| MICHAEL NICHOLAS LLC, MNI ENTERPRISES, INC., US CARPENTRY TUCSON LLC, and WOODMARK CARPENTRY LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS NOTIFICATION OF AFFILLIATES – DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE LR3.2**

Defendants, MICHAEL NICHOLAS LLC, MNI ENTERPRISES, INC., US CARPENTRY TUCSON LLC, AND WOODMARK CARPENTRY LLC, PURSUANT TO Local Rule LR3.2, discloses to this Court, by and through its attorneys, SmithAmundsen LLC, by Julie A. Proscia and Rebecca L. Dobbs, that MNI ENTERPRISES, INC. is currently the parent corporation for MICHAEL NICHOLAS LLC, US CARPENTRY TUCSON LLC AND WOODMARK CARPENTRY LLC and no publicly held company owns 10% or more of Defendants' stock.

Respectfully submitted,
**MICHAEL NICHOLAS, LLC,**
**MNI ENTERPRISES, INC.,**
**US CARPENTRY TUCSON LLC,**
**and WOODMARK CARPENTRY LLC,**

By:  s/ Rebecca L. Dobbs
       One of Its Attorneys

1

SmithAmundsen LLC
Julie A. Proscia, Esq. (ARDC No. 06280896)
Rebecca L. Dobbs, Esq. (ARDC No. 06289379)
3815 E. Main Street
Suite A-1
St. Charles, IL 60174
(630) 587-7928 – Telephone
(630) 587-7960 – Facsimile
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Travis J. Ketterman and Robert T. Oleszkiewicz of Whitfield McGann & Ketterman, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

                s/ Rebecca L. Dobbs
                Attorney No. 06289379
                Attorneys for Defendants
                Julie A. Proscia, Esq.
                Rebecca L. Dobbs, Esq.
                SmithAmundsen LLC
                3815 E. Main Street; Suite A-1
                St. Charles, Illinois 60174
                Telephone – (630) 587-7928
                Facsimile – (630) 587-7960